230 So.2d 588

**Succession of Corinne Strauss KAUFMAN and John R. Bellinger**

**v.**

**Bryan CLEMMONS, Sheriff and Ex-Officio Inheritance Tax Collector for the Parish of East Baton Rouge, State of Louisiana.**

**No. 50345.**

Feb. 6, 1970.

In re: Louis Kaufman, Testamentary Executor in Succession of Corinne Strauss Kaufman applying for certiorari or writ of review to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 229 So.2d 752.

The application is denied. The judgment complained of is not final.